# EXHIBIT 2

| Date | Location | Violence |
|------|----------|----------|
| 8/20/2016 | Boston, MA | Murder of Wendover gang member/associate A.G.; Cameron Street members/associates charged and found guilty in state court |
| 9/20/2016 | Dorchester, MA | Murder of Cameron Street member/associate J.C. a/k/a "Bunz" |
| 10/16/2016 | Dartmouth, MA | Attempted murder of Cameron Street members/associates by co-defendant NOB member Darius BASS |
| 11/14/2016 | Dorchester, MA | Shooting of Wendover member/associate J.D. |
| 12/13/2016 | Dorchester, MA | Shooting of co-defendant NOB member Ricky PINA and NOB member/associate J.M. |
| 1/1/2017 | Randolph, MA | Attempted murder of/shooting at residence of Cameron Street member/associate D.D. by co-defendant NOB member Darius BASS and other NOB members/associates |
| 2/21/2017 | Boston, MA | Murder of NOB member/associate J.D. |
| 4/28/2017 | Dorchester, MA | Shooting of Cameron Street members/associates D.H., V.N., and L.M. |
| 7/19/2017 | Dorchester, MA | Shooting of Cameron Street associate A.P. and member/associate D.H. |
| 9/5/2017 | Boston, MA | Murder of Cameron Street associate A.P.; co-defendant NOB member Ricky PINA and other NOB members/associates involved |
| 9/6/2017 | Boston, MA | Murder of J.G. at memorial of A.P. |
| 10/8/2017 | Shawmut MBTA Station, Boston, MA | Armed robbery and pistol-whipping of Cameron Street member/associate A.L. by co-defendant NOB member Joseph GOMES and NOB member/associate M.H. |
| 12/1/2017 | Boston, MA | Murder of NOB member/associate N.G. |

| 5/17/2018 | Boston, MA | Attempted murder/shooting in Cameron Street territory by defendant NOB member Joshua TEIXEIRA and NOB member/associate Anthony Depina, who were wounded |
|---|---|---|
| 10/5/2018 | Boston, MA | Murder of Wendover/NOB member/associate G.R. and shooting of NOB member/associate T.M. |
| 6/1/2019 | Dorchester, MA | Shooting of Cameron Street member/associate A.R. |
| 7/14/2019 | Boston, MA | Shooting of Cameron Street member/associate A.B. |
| 8/1/2019 | Boston, MA | Murder of Wendover/NOB member/associate A.C.; shooting of Wendover/NOB member/asociate D.H. |
| 8/28/2019 | Quincy, MA | Shooting of co-defendant NOB member Michael BRANDAO's residence |
| 2/5/2020 | Boston, MA | Murder of Cameron Street member/associate Admilson Ribeiro |
| 2/8/2020 | Brockton, MA | Murder of Cameron Street member/associate A.B. |
| 5/2/2020 | Dorchester, MA | Shooting at defendant NOB member Joshua TEIXEIRA's residence |